FLORENCE B. SCHWAMANN, Appellant, v. BERTHA E. DE LAND, as Executrix of the Will of EDGAR I. TRUAX, Deceased, et al., Respondents.

*Schwamann* v. *Truax*, 128 App. Div. 934, affirmed.
(Argued November 22, 1910; decided December 6, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to set aside a partition sale.

*Robert J. Landon* and *John F. Clute* for appellant.

*A. J. Dillingham* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

JAMES MALLOY et al., Doing Business as JAMES MALLOY & COMPANY, Respondents, v. JOHN O'BRIEN et al., Appellants.

*Malloy* v. *O'Brien*, 129 App. Div. 906, affirmed.
(Argued November 22, 1910; decided December 6, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover the rental value of certain machinery alleged to have been hired from the plaintiffs by the defendants.

*William Hepburn Russell* and *Joseph A. Burdeau* for appellants.

*Claude V. Pallister* and *Francis C. Reed* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.